# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ROBERT MORRIS ANTHONY, | : No. 3 WM 2023 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 3rd day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus" is DENIED.